UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

               Plaintiff,            CR. NO.  2:20-cr-20490

     v.                             JUDGE:  ROBERT H. CLELAND

JEREMY CONN,

               Defendant.

_____/

## EX-PARTE ORDER ALLOWING LAPTOP INTO PLACE OF DETENTION

     Upon Defendant's need to view electronic discovery material in the facility housing defendant, and the Court being aware of the refusal of detention facilities to allow a laptop into their facility without a court order;

     IT IS HEREBY ORDERED that attorney Daniel S. Dena shall be allowed to visit defendant at his place of incarceration and enter the facility with a laptop computer for purposes of reviewing discovery material in the above-captioned matter.

IT IS FURTHER ORDERED that a private and confidential area shall be provided for the inmate visit.

s/Robert H. Cleland
**HONORABLE ROBERT H. CLELAND**
United States District Judge

Entered: March 31, 2021